UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ADAM LAGOSZ,

                          Plaintiff(s)                                                    25 civ 8007 (JGK)

          -against-

INSIGHT PARTNERS LLC,

                          Defendant(s).

----------------------------------------------------------------X

## ORDER

The conference scheduled for Thursday, January 8, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          December 22, 2025